1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   JIMMY MALONE,                    )   NO. EDCV 07-1325-SS
                                       )
12                Plaintiff,           )
                                       )   **JUDGMENT**
13           v.                        )
                                       )
14   MICHAEL J. ASTRUE,                )
     Commissioner of the Social        )
15   Security Administration,          )
                                       )
16                Defendant.           )
     _____)

17

18

19        IT IS ADJUDGED that the decision of the Commissioner is REVERSED

20   and that the above-captioned action is REMANDED to the Commissioner for

21   further action consistent with the Court's Memorandum Decision and

22   Order.

23

24   DATED: October 17, 2008

25
                                       _/ s /_____
26                                     SUZANNE H. SEGAL
                                       UNITED STATES MAGISTRATE
27

28