1  Law Offices of Bill LaTour
2  Bill LaTour [SBN: 169758]
       11332 Mountain View Ave., Suite C
3      Loma Linda, California 92354
4      Telephone: (909) 796-4560
       Facsimile:  (909) 796-3402
5      E-Mail: Bill.latour@verizon.net
6
7  Attorney for Plaintiff

8              UNITED STATES DISTRICT COURT
9      CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

10 JIMMY MALONE,                    )   No.  EDCV 07-1325 SS
11                                  )
12     Plaintiff,                   )   [PROPOSED] ORDER AWARDING
                                    )   EAJA FEES
       v.                           )
13                                  )
14 MICHAEL J. ASTRUE,               )
   COMMISSIONER OF SOCIAL           )
15 SECURITY,                        )
16                                  )
       Defendant.                   )
17

18     Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
19     IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be
20 awarded attorney fees under the Equal Access to Justice Act ("EAJA") in the amount
21 THREE THOUSAND DOLLARS and 00/cents ($3,000.00), as authorized by 28
22 U.S.C. §2412(d), subject to the terms of the above-referenced Stipulation.
23     DATE: 11/21/08        _Suzanne H. Segal_____
24
25                           HON. SUZANNE H. SEGAL
                             UNITED STATES MAGISTRATE JUDGE
26
27
28

                                   -1-